IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>MICHAEL KING and<br>ASCENT AVIATION SOLUTIONS, LLC<br>*Defendants.* | § § § § § § § § § § § § | CASE NO. 4:19-cv-01418 |

## **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Federal Rule of Civil Procedure 26, the United States of America, files its Designation of Expert Witnesses, and a summary of proposed testimony of, the following witnesses, who have specialized knowledge that will assist the triers of fact to understand the evidence or to determine a fact in issue:

### Non-Retained Experts:

Charles Tompkins
Aviation Safety Inspector
Federal Aviation Administration
10101 Hillwood Parkway
Fort Worth, Texas 76177

Mr. Tompkins was one of the individuals who investigated Michael D. King and Ascent Aviation Solutions, L.L.C. Mr. Tompkins will testify to his investigation, FAA requirements for operating commercial flights in the United States, which regulations King violated, and damages. Mr. Tompkins will testify in accordance with the available evidence related to the investigation.

Tim Allen
Aviation Safety Inspector
Federal Aviation Administration
10101 Hillwood Parkway
Fort Worth, Texas 76177

Mr. Allen works for the FAA and was one of the individuals who assisted in the investigation of Michael D. King and Ascent Aviation Solutions, L.L.C. Mr. Allen will testify to his investigation, FAA requirements for operating commercial flights in the United States, which regulations King violated, and damages. Mr. Allen may also testify to Part 135 air carrier operations, illegal charter operations, aircraft leases, FAA advisory circulars pertaining to illegal charters, and part 119/135/91 Federal Aviation Regulations.

The United States reserves the right to supplement as additional information and documentation becomes available.

        Respectfully Submitted,

        RYAN K. PATRICK
        United States Attorney
        Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on October 28, 2019, the foregoing pleading was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney
