IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No: 4:19-cv-1418 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL D. KING, and PLAINTIFF'S ASCENT AVIATION SOLUTIONS, L.L.C. | ) ) ) ) | MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFF'S UNRETAINED EXPERTS |
| | ) | |
| *Defendants.* | ) ) | |

## INTRODUCTION

Plaintiff United States of America timely designed two employees of the Federal Aviation Administration to testify as <u>Non-Retained Experts</u>. Defendants contend that Plaintiff's non-retained experts be excluded from testifying at trial or their testimony limited because Plaintiff has failed to provide a meaningful summary of the facts and opinions to which they will testify at trial as required by *Fed. R. Civ. P. 26(a)(2)(C)*.

## POINTS AND AUTHORITIES

A party must disclose to the other parties the identity of any witness it may use at trial to present expert testimony. *Fed. R. Civ. P. 26(a)(2)(A)*. "Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report . . . if the witness is one retained or specially employed to provide expert testimony . . ." *Fed. R.*

1

*Civ. P. 26(a)(2)(B)*. When a full report is not required under *Rule 26(a)(2)(B)*, a party must disclose the subject matter on which the witness is expected to present evidence and a summary of the facts and opinions to which the witness is expected to testify. *Fed. R. Civ. P. 26 (a)(2)(C)*. This rule mandates "summary disclosures of the opinions to be offered by expert witnesses who are not required to provide reports under *Rule 26(a)(2)(B)* and of the facts supporting those opinions."

## UNRETAINED EXPERT DISCLOSURES

The disclosure by Plaintiff of Unretained Expert Charles Tompkins is as follows:

**Mr. Tompkins was one of the individuals who investigated Michael D. King and Ascent Aviation Solutions, L.L.C. Mr. Tompkins will testify to his investigation, FAA requirements for operating commercial flights in the United States, which regulations King violated, and damages. Mr. Tompkins will testify in accordance with the available evidence related to the investigation.**

The disclosure by Plaintiff of Unretained Expert Tim Allen is as follows:

**Mr. Allen works for the FAA and was one of the individuals who assisted in the investigation of Michael D. King and Ascent Aviation Solutions, L.L.C. Mr. Allen will testify to his investigation, FAA requirements for operating commercial flights in the United States, which regulations King violated, and damages. Mr. Allen may also testify to Part 135 air carrier operations, illegal charter operations, aircraft leases, FAA advisory circulars pertaining to illegal charters, and part 119/ 135/91 Federal Aviation Regulations.**

Plaintiff's disclosures appear to meet the requirements of one prong of *Rule 26 (a) (2) ( C) (i)* which states "the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705";

Plaintiff's disclosure **does not** meet the requirements of *Rule 26 (a) (2) (C) (ii)* which states "a summary of the facts and opinions to which the witness is expected to testify";

The disclosures of these two unretained experts are inadequate since the summary of the facts and their opinions to be offered at trial is not adequately disclosed. The designation of these experts is vague as to their expected testimony and opinions to be rendered. Additionally, as employees of the FAA, they are biased in their opinions.

## RELIEF REQUESTED

Defendants' respectfully pray that this Court strike these unretained experts from testifying at trial or limit their testimony to the evidence obtained during their investigations without offering an opinion..

January 26, 2020

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
Southern District of Texas Bar No. 1645585
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com

3
Motion to Exclude Non-Retained Experts

Attorney for Defendants Michael D. King and
Ascent Aviation Solutions, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on this 26st day of January 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ariel N. Wiley
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
T (713) 567-9000
F (713) 718-3303
Ariel.wiley@usdoj.giv

January 26, 2020

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.